IN THE _Circuit_ COURT OF THE _First_ JUDICIAL DISTRICT
OF HINDS, COUNTY, MISSISSIPPI

_Angie Berry_     PLAINTIFF

VS.     NO. _21-627_

_University of Mississippi Medical Center_     DEFENDANT

I, ZACK WALLACE, CIRCUIT CLERK, OF THE CIRCUIT COURT IN AND FOR THE SAID STATE AND COUNTY DO HEREBY CERTIFY THAT THE ATTACHED ARE TRUE AND CORRECT COPIES OF ALL THE PAPERS FILED IN THIS OFFICE IN THE ABOVE STYLED AND NUMBERED CAUSE, AS OF THIS DATE THE SAME IS OF RECORD IN THIS OFFICE IN DOCKET BOOK NO. _MEC_ PAGE NO. _21-627_ TO WIT:

GIVEN UNDER MY HAND AND SEAL OF OFFICE THIS THE _5th_ DAY OF _January_, _2022_.

ZACK WALLACE, CIRCUIT CLERK
HINDS COUNTY, MISSISSIPPI

BY _____ D.C.

CCKCTF1

**EXHIBIT A**

Case: 25CI1:21-cv-00627-WLK   Document #: 2   Filed: 10/06/2021   Page 1 of 4

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI

ANGIE BERRY                                                                                 PLAINTIFF

VERSUS                                                         CIVIL ACTION NO.: 21-627

UNIVERSITY OF MISSISSIPPI
MEDICAL CENTER                                                                           DEFENDANTS

## COMPLAINT

COMES NOW, Plaintiff, Angie Berry, (Hereinafter "Berry"), and makes this her Complaint against the Defendant and would show unto the Court the following, to wit:

### PARTIES

1. Berry is a resident citizen of Hinds County, Mississippi who may be contacted though undersigned counsel.

2. Defendant University of Mississippi Medical Center. is a corporation organized under the laws of the State of Mississippi, registered and doing business in the State of Mississippi. Defendant may be served with process through the Attorney General Lynn Fitch.

### JURISDICTION AND VENUE

3. Jurisdiction and Venue are proper in this Court because the acts and omissions giving rise to this action occurred in Hinds County, Mississippi.



STATE OF MISSISSIPPI, COUNTY OF HINDS
I, Zack Wallace, Clerk of the Circuit Court in and for the said State and County do hereby certify that the above and foregoing is a true and correct copy of the original Case File
and the same is of record in this office in MEC
Book No. 21-627 at page # All Documents
Given under my hand and the seal of the Circuit Court this the 5th day of January 20 22.
Zack Wallace, Circuit Clerk
BY_____ D.C.

## FACTS

4. Defendant is the owner and operator of a hospital located in Jackson, Mississippi.

5. Berry was employed as a phlebotomist for the Defendant for approximately four years.

6. During Berry's tenure of employment, Berry was required to take Family Medical Leave Act (FMLA) time off because of her diabetes and stomach issues.

7. Over the summer of 2019 Berry missed several weeks of work under FMLA status.

8. Berry returned to work in August of 2019.

9. On February 14, 2020 Berry was terminated after being absent from work because of her diabetes/stomach issues.

10. Berry's diabetes and stomach issues were covered health related issues under the FMLA.

11. At the time of her termination, Berry had not yet used all of her allowed time under the FMLA.

12. Defendant qualifies as an employer under the FMLA and ADA.

### I.   VIOLATION OF FMLA

13. Berry hereby incorporates by reference all previously stated paragraphs as though full restated herein.

14. Defendant violated the FMLA by terminating Berry because Berry was forced to miss work for covered health related issues.

15. Defendant knew that Berry was missing work for covered health related issues.

16. Upon information and belief, Berry had not exhausted her leave under the FMLA at the time that she was forced to resign/terminated.

## II.   ADA

17. Berry hereby incorporates by reference all previously stated paragraphs as though full restated herein.

18. Defendant's actions also constitute a violation of the Americans with Disabilities Act.

19. Berry's diabetes qualifies Berry as a person with a disability under the ADA.

20. Berry's absences because of health-related issues constitute a reasonable accommodation under the ADA.

21. Berry's termination constitutes a violation under the ADA because the Defendant failed to make a reasonable accommodation for Berry and her diabetes related health issues.

WHEREFORE, Plaintiff respectfully prays that this Court:

1. Assume jurisdiction over this action;

2. Award appropriate equitable relief including but not limited to prospective injunctive relief, declaratory and other injunctive remedies;

3. Award Plaintiff nominal and actual damages for Defendant's actions and omissions;

4. Award Plaintiff compensatory damages, including, but not limited to, those for past and future pecuniary and non-pecuniary losses, emotional distress, suffering, loss of reputation, humiliation, inconvenience, mental anguish, loss of enjoyment of life, and other non-pecuniary losses;

5. Punitive damages for all claims allowed by law in an amount to be determined at trial;

6. Pre-judgment and post-judgment interest at the highest lawful rate;

7. Award *Veasley* damages, including but not limited to Plaintiffs' costs of litigation, including reasonable attorney's fees and expenses;

8. Grant such other relief to which Plaintiff may be entitled or as this Court deems necessary and proper.

RESPECTFULLY SUBMITTED this the 6th day of October, 2021.

ANGIE BERRY
PLAINTIFF

DANIEL M. WAIDE, MSB #103543

Daniel M Waide, MS Bar #103543
Johnson, Ratliff & Waide, PLLC
1300 Hardy Street
Hattiesburg, MS 39401
T: (601) 582-4553
F: (601) 582-4556
dwaide@jhrlaw.net

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court — Form AOC/01
Administrative Office of Courts (Rev 2020)

**Court Identification Docket #:** 25 / CI / 21 / 627
**Month/Date/Year:** 10/06/21

In the **CIRCUIT** Court of **HINDS** County

**Origin of Suit:** [X] Initial Filing

**Plaintiff — Individual:** Last Name: Berry, First Name: Angie

**Attorney (Name & Address):** Daniel M. Waide — MS Bar No. 103543

**Defendant — Business:** University of Mississippi Medical Center

**Nature of Suit:** [X] Employment (Business/Commercial)

## IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI

ANGIE BERRY                                                                         PLAINTIFF

VERSUS                                                               CIVIL ACTION NO: 21-627

UNIVERSITY OF MISSISSIPPI
MEDICAL CENTER                                                DEFENDANT

### SUMMONS

**THE STATE OF MISSISSIPPI**
**COUNTY OF HINDS**

TO:    University of Mississippi Medical Center
        c/o Attorney General Lynn Fitch

**THE COMPLAINT, WHICH IS ATTACHED TO THIS SUMMONS, IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

      You are required to mail or hand deliver a copy of a written response to the Complaint to Daniel M. Waide, P.O. Box 17738, Hattiesburg, MS 30404, attorney for the Plaintiffs. Your response to the Complaint must be mailed or delivered within 30 days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Complaint. You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and seal of said Court, this 6th day of October, 2021.

                                                      Zack Wallace,
                                                      HINDS COUNTY CIRCUIT CLERK

                                                      By: _____ D.C.

Daniel M. Waide (MSB# 103543)
1300 HARDY ST.
PO BOX 17738
HATTIESBURG, MS 39404
601-582-4553 (OFFICE)
601-582-4556 (FAX)
dwaide@jhrlaw.net

# Mississippi Electronic Courts
## Seventh Circuit Court District (Hinds Circuit Court - Jackson)
### CIVIL DOCKET FOR CASE #: 25CI1:21-cv-00627-WLK

| | |
|---|---|
| BERRY v. THE UNIVERSITY OF MISSISSIPPI MEDICAL CENTER<br>Assigned to: Winston L Kidd<br><br>**Upcoming Settings:**<br><br>None Found | Date Filed: 10/06/2021<br>Current Days Pending: 91<br>Total Case Age: 91<br>Jury Demand: None<br>Nature of Suit: 5 Employment |

**Plaintiff**

ANGIE BERRY                                        represented by **Daniel Waide**
                                                                   Johnson, Ratliff, and Waide, PLLC
                                                                   PO Box 17738
                                                                   HATTIESBURG, MS 39404
                                                                   601-582-4553
                                                                   Email: dwaide@jhrlaw.net
                                                                   *ATTORNEY TO BE NOTICED*

V.

**Defendant**

THE UNIVERSITY OF MISSISSIPPI MEDICAL CENTER

| Date Filed | # | Docket Text |
|---|---|---|
| 10/06/2021 | 2 | COMPLAINT against THE UNIVERSITY OF MISSISSIPPI MEDICAL CENTER, filed by ANGIE BERRY. (Attachments: # 1 Civil Cover Sheet,) (KC) (Entered: 10/06/2021) |
| 10/06/2021 | 3 | SUMMONS Issued to THE UNIVERSITY OF MISSISSIPPI MEDICAL CENTER. (KC) (Entered: 10/06/2021) |

| MEC Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/05/2022 10:18:00 | | | |
| You will be charged $0.20 per page to view or print documents. | | | |
| MEC Login: | ag1023 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 25CI1:21-cv-00627-WLK |
| Billable Pages: | 1 | Cost: | 0.20 |