```
          UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF MISSISSIPPI
                NORTHERN DIVISION
```

ANGIE BERRY                                              PLAINTIFF

VS.                              CIVIL ACTION NO. 3:22CV4TSL-MTP

UNIVERSITY OF MISSISSIPPI
MEDICAL CENTER                                           DEFENDANT

<u>JUDGMENT</u>

In accordance with the court's memorandum opinion and order entered this date, it is ordered and adjudged that this cause is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 21st day of June, 2023.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE

1